**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| HARRY ALLEN, SR., | NO. 04-43275 |
| DEBTOR | JUDGE: Cox |

**NOTICE OF OUTSTANDING OBLIGATIONS**

**Notified via Electronic Filing**
U.S. Trustee, 219 S Dearborn St., Room 873, Chicago, IL 60604
Tom Vaughn, 200 S. Michigan, Suite 1300, Chicago, IL 60604
Damita Buffington, 1525 East 53rd Street, Suite 622, Chicago, IL 60615
**Notified via US Postal Service**
Harry Allen, Sr., 7410 South Racine, Chicago, IL 60636

Please take notice that on the 14th day of November, 2008 I did file with the Clerk of the United States Bankruptcy Court, 219 S Dearborn, Chicago, IL 60604 the Notice of Outstanding Obligations.

NOW COMES the Movant, HSBC Bank USA, N.A., c/o Ocwen, by and through its attorneys, Fisher and Shapiro, LLC, and states as pursuant to the Notice dated November 10, 2008 from the Chapter 13 Trustee, Tom Vaughn, providing notice to Movant that the trustee has completed payment of all pre-petition obligations and requiring the Creditor to file a statement of any unpaid post petition obligations pursuant to the terms of the Debtor's confirmed plan, Creditor is providing notice of the following outstanding post petition obligations:

1. Current Post Petition Mortgage Payment due for November 2008 in the amount of $555.44.
2. Late charges accrued in the amount of $121.86.
3. Bankruptcy attorney fees in the amount of $625.00.
4. Bankruptcy attorney costs in the amount of $150.00.

Total of above is $1,452.30 and said amounts are currently included in an Agreed Repay Order received by this court on November 10, 2008 and expect to be entered shortly.

Pursuant to the terms of the Debtors' confirmed plan, within 30 days of the service of this notice and statement, the Debtor may: (1) challenge the accuracy of this statement by motion filed with the court and notice to the holder and standing trustee and resolve the challenged items as a contested matter; or (2) file a proposed modified plan to provide for the payment of additional amounts that the Debtor acknowledges or the court determines to be due. To the extent that amounts set forth in this statement are not determined by the court to be invalid or are not paid by the Debtor through a modified plan, Creditor's right to collect these amounts will be unaffected.

## AFFIDAVIT OF SERVICE

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached objection upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 4201 Lake Cook Rd, Northbrook, IL 60062-1060, before the hour of 5:00 PM on November 14, 2008, unless a copy was provided electronically by the Clerk of the Court.

                Respectfully Submitted,

                /s/ Marc G. Wagman
                Marc G. Wagman

Richard B. Aronow ARDC# 03123969
Christopher A. Cieniawa ARDC# 06187452
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Marc G. Wagman ARDC# 06282192
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant
07-6832D

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**